IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-00061-JLK**

**REDLAND INSURANCE COMPANY,** and
**QBE SPECIALTY INSURANCE COMPANY,**
New York corporations,

    Plaintiffs,

v.

**DRYING EQUIPMENT RENTAL OF COLORADO, INC.,** a Colorado corporation,
**D. SCOTT HINTON**, a Colorado resident, and
**SUNCHASE IV HOMEOWNERS ASSOCIATION, INC.**, a Texas corporation,

    Defendants.

---

ORDER

---

This matter is currently before me on American Alternative Insurance Corporation's Unopposed Motion for Leave to Intervene (doc. 11). Having reviewed the motion, and good cause appearing, the motion is GRANTED. American Alternative Insurance Corporation ("AAIC") is granted leave to intervene as a plaintiff in this civil action. The Complaint in Intervention entered with AAIC's unopposed motion is deemed filed as of the date of this order, and the Clerk of the Court is directed to place a copy of the same in the Court's file for this civil action. The caption in this case shall be amended to list "American Alternative Insurance Corporation, a Delaware corporation," as a Plaintiff-Intervenor..

Dated:  March 1, 2011                                       BY THE COURT:

                                                                                **/s/ John L. Kane**
                                                                                 SENIOR U.S. DISTRICT JUDGE