IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-00061-JLK**

**REDLAND INSURANCE COMPANY,** and
**QBE SPECIALTY INSURANCE COMPANY,** New York corporations,
    Plaintiffs,

**AMERICAN ALTERNATIVE INSURANCE CORPORATION**, a Delaware corporation
    Plaintiff-Intervenor

v.

**DRYING EQUIPMENT RENTAL OF COLORADO, INC.,** a Colorado corporation,
**D. SCOTT HINTON**, a Colorado resident, and
**SUNCHASE IV HOMEOWNERS ASSOCIATION, INC.**, a Texas corporation,
    Defendants.

---

ORDER

---

This matter is currently before me on the parties' Unopposed Joint Motion for a Limited Stay of Proceedings (doc. 41). As grounds for staying these proceedings, the parties indicate that they are attempting to resolve their remaining dispute without court intervention. Specifically, the parties are participating in ongoing settlement conferences in an effort to resolve their outstanding differences.

As the Supreme Court has noted, "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936). Because any court proceedings would prove unnecessary if the parties reach a settlement agreement, I find it most efficient to stay further proceedings in this matter.

Accordingly, this matter will be stayed until June 30, 2011. The deadlines for Redland Insurance Company, QBE Speciality Insurance Company, and American Alternative Insurance Corporation to answer or otherwise respond to the Counterclaims alleged by Defendants and Counterclaimants Drying Equipment Rental of Colorado and D. Scott Hinton shall be extended through and including July 14, 2011.


Dated:  April 28, 2011                                          BY THE COURT:

                                                          **/s/ John L. Kane**
                                                          Senior U.S. District Judge