IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-00061-JLK**

**REDLAND INSURANCE COMPANY,** and
**QBE SPECIALTY INSURANCE COMPANY,** New York corporations,
    Plaintiffs,

**AMERICAN ALTERNATIVE INSURANCE CORPORATION**, a Delaware corporation
    Plaintiff-Intervenor

v.

**DRYING EQUIPMENT RENTAL OF COLORADO, INC.,** a Colorado corporation,
**D. SCOTT HINTON**, a Colorado resident, and
**SUNCHASE IV HOMEOWNERS ASSOCIATION, INC.**, a Texas corporation,
    Defendants.

---

ORDER

---

This matter is currently before me on the parties' Unopposed Joint Motion to Extend Current Stay of Proceedings (doc. 52). The parties are engaged in ongoing settlement negotiations, and they request a stay up to and including August 30, 2011 to attempt to resolve this case.

As the Supreme Court has noted, "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936). Because any court proceedings would prove unnecessary if the parties reach a settlement agreement, I find it most efficient to stay further proceedings in this matter.

Accordingly, the current stay in this matter will be extended until August 30, 2011. The

deadline for Redland and QBE to answer or otherwise respond to the Amended Counterclaims filed against them by DER and D. Scott Hinton, the deadline for American Alternative to respond to the separate Counterclaim filed against it by DER and D. Scott Hinton, and the deadline for Third-Party Defendant Brown & Brown, Inc. to respond to the Amended Third Party Complaint shall be extended through and including September 13, 2011.

Dated:  July 5, 2011                                         BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Judge