IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-00061-JLK**

**REDLAND INSURANCE COMPANY,** and
**QBE SPECIALTY INSURANCE COMPANY,** New York corporations,

    Plaintiffs,

**AMERICAN ALTERNATIVE INSURANCE CORPORATION**, a Delaware corporation

    Plaintiff-Intervenor,

v.

**DRYING EQUIPMENT RENTAL OF COLORADO, INC.,** a Colorado corporation,
**D. SCOTT HINTON**, a Colorado resident, and
**SUNCHASE IV HOMEOWNERS ASSOCIATION, INC.**, a Texas corporation,

    Defendants, and

**DRYING EQUIPMENT RENTALS OF COLORADO, INC. and D. SCOTT HINTON,**

    Third Party Plaintiffs,

v.

**BROWN & BROWN, INC.,** d/b/a **BROWN & BROWN INSURANCE, INC.**

    Third Party Defendants.

---

**ORDER OF DISMISSAL**

---

Kane, J.

Upon consideration of the Stipulation and Motion to Dismiss Claims and Counterclaims With Prejudice (doc. #66), filed November 18, 2011, it is

**ORDERED** that the Motion is **GRANTED**. All claims and counterclaims asserted in this civil action and this civil action in its entirety are **DISMISSED WITH PREJUDICE**,

the parties to bear their own costs and attorney fees.

    Dated:  November 21, 2011

                                      BY THE COURT:

                                      ***S/John L. Kane***
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT